No. 62405.—Francis Luka v. United States, protest 58/448 (San Francisco).

Opinion by Ford, J. The protest was dismissed.

Before the Third Division, October 28, 1958

No. 62406.—International Packers, Ltd. v. United States, protests 274551–K/14668, etc. (New Orleans).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of United States v. Mercantil Distribuidora, S. A., et al. (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

No. 62407.—International Packers, Ltd. v. United States, protests 279430–K/14714, etc. (New Orleans).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of United States v. Mercantil Distribuidora, S. A., et al. (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

No. 62408.—International Packers, Ltd. v. United States, protests 287190–K/14754, etc., (New Orleans).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of United States v. Mercantil Distribuidora, S. A., et al. (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.